COMPANY, Individually and as Executor, etc., of EBENEZER SUGDEN, Deceased, Respondent.— Order setting aside verdict and dismissing complaint, and judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

JACOB KSENT, Respondent, v. WERTHMANN & COMPANY, INC., Appellant.— Order granting plaintiff's motion to reargue motion to dismiss complaint and denying motion to dismiss complaint, granting plaintiff's motion to amend complaint upon condition, and granting plaintiff's motion to transfer cause to Special Term calendar, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

MICHAEL J. LEO, Respondent, v. PETER J. McMANUS, Appellant, and HESS-CLARK CO., INC., Defendant.— Order striking out separate defenses and counterclaim set up in answer of defendant McManus and granting summary judgment, and the judgment entered thereon, affirmed, with ten dollars costs and disbursements. Order denying motion to vacate judgment affirmed, with ten dollars costs and disbursements. Order denying motion for change of venue affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

ALBERT EGEA LOPEZ, Appellant, v. LENETT REALTY CORPORATION and HERMAN FREEDMAN, Respondents.— Order dismissing complaint, and judgments entered thereon, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Seeger, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK STRUCKMAN, Appellant, v. GEORGE V. McLAUGHLIN, as Police Commissioner, etc., Respondent.— Determination of police commissioner unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

ANNA ROCHELLE, Respondent, v. BAND REALTY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

THOMAS ROCHELLE, Respondent, v. BAND REALTY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

MINNIE SANDLER, Respondent, v. LINDLEY M. GARRISON, as Receiver of the NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

THOMAS SEXTON, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant. (Appeal No. 1.) — Order denying defendant's motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur. [130 Misc. 362.]

THOMAS SEXTON, Respondent, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant. (Appeal No. 2.) — Order granting summary judgment and judgment entered thereon affirmed, with ten dollars costs and disbursements. No opinion. Rich, Young, Kapper and Hagarty, JJ., concur; Lazansky, P. J., dissents. [130 Misc. 362.]

SOSS MANUFACTURING COMPANY, INC., Appellant, v. PERFECT WINDOW